**SPENCER FANE LLP**
Jennifer S. Coleman (State Bar Number: 213210)
jcoleman@spencerfane.com
Elaisha Nandrajog (State Bar Number: 301798)
enandrajog@spencerfane.com
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Telephone:    408.286.5100
Facsimile:    408.286.5722

Attorneys for Defendants
IRIS WHITE, individually; FLORIN GARDENS COOPERATIVE EAST, INC.; JOSH BERKLEY, individually; and JON BERKLEY MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKUA FATIMA WARREN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLORIN GARDENS COOPERATIVE EAST NO. 1, INC.; IRIS WHITE, individually; FRED GIBBS, individually; DENISE GILBERT, individually; KELLY LINARES, individually; JOSH BERKLEY, individually; ANTONIA GALE, individually; THE BOARD OF DIRECTORS AT FLORIN GARDENS individually and collectively; THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT JORDAN MANAGEMENT; FK GIBBS MANAGEMENT; JON BERKLEY MANAGEMENT; and DOES 1-50, inclusive.<br><br>　　　　　Defendants. | Case No. 2:25-cv-2427-JDP<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint filed: 8/25/25 |

- 1 -

STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER
CASE NO: 2:25-CV-02427-JDP
SJ 2379756.2

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

Defendants IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC. (erroneously sued as FLORIN GARDENS COOPERATIVE EAST NO. 1, INC.), JOSH BERKLEY and JON BERKLEY MANAGEMENT, INC. (erroneously sued as JON BERKLEY MANAGEMENT) (hereinafter, "Defendants") and Plaintiff AKUA FATIMA WARREN ("Plaintiff")(collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

## RECITALS

WHEREAS Plaintiff filed her verified complaint in the above captioned action on August 25, 2025 ("Verified Complaint");

WHEREAS, Defendant Forin Gardens Cooperative East, Inc. was served with the Verified Complaint on September 19, 2025, Defendant Iris White was served with the Verified Complaint on September 18, 2025, and Defendants Josh Berkeley and Jon Berkley Management, Inc. were served with the Verified Complaint on September 15, 2025;

WHEREAS, Defendants' responsive pleadings were due respectively on October 10, 2025, October 9, 2025 and October 6, 2025;

WHEREAS, Plaintiff's complaint is verified and four responsive pleadings may be required on behalf of two entity defendants and two individual defendants as identified above;

WHEREAS, Defendants required additional time after they were served with the Verified Complaint to determine potential coverage for the alleged claims, following which they officially engaged undersigned counsel of record to defend them in this action;

WHEREAS, undersigned counsel for Defendants' other case commitments and travel schedule necessitates the need for the stipulated extension;

WHEREAS, in light of the above, Defendants require additional time to file a responsive pleading to the Verified Complaint;

WHEREAS, the Parties have not previously stipulated to any extensions of time to answer or otherwise response to the Verified Complaint;

WHEREAS, given that good cause exists, and pursuant to Local Rule 144(a), the Parties

- 2 -
SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER                                    CASE NO: 2:25-CV-02427-JDP
SJ 2379756.2

1  have agreed to extend the deadline for Defendants to file a responsive pleading to the Verified
2  Complaint from October 6, 2025, October 9, 2025 and October 10, 2025 to November 21, 2025;
3  and
4      WHEREAS, the Parties believe that the above noted extension will not alter or otherwise
5  impact the date of any event or deadline in this case.

### STIPULATION

Accordingly, it is hereby stipulated and agreed to between Plaintiff and Defendants that Defendants' deadline to file a responsive pleading to the Verified Complaint is extended through and including November 21, 2025.

IT IS SO STIPULATED,

Dated: October 31, 2025                        Spencer Fane LLP


By: */s/ Jennifer S. Coleman*
    Jennifer S. Coleman
    Elaisha Nandrajog

Attorneys for Defendants
IRIS WHITE, individually; FLORIN GARDENS COOPERATIVE EAST, INC.; JOSH BERKLEY, individually; and JON BERKLEY MANAGEMENT, INC.


Dated: October 30, 2025                        The Law Offices of James L. Arrasmith


By: */s/ James L. Arrasmith*
    James L. Arrasmith

Attorneys for Plaintiff
AKUA FATIMA WARREN

- 3 -
STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER                         CASE NO: 2:25-CV-02427-JDP
SJ 2379756.2

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

# [PROPOSED] ORDER

Having reviewed the above Stipulation, and good cause appearing, the Court orders as follows: The deadline for Defendants IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., JOSH BERKLEY and JON BERKLEY MANAGEMENT, INC. to file a responsive pleading to the Verified Complaint is extended through and including November 21, 2025.

IT IS SO ORDERED.

Dated:   November 4, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

- 4 -
STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER     CASE NO: 2:25-CV-02427-JDP
SJ 2379756.2

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE