**SPENCER FANE LLP**
Jennifer S. Coleman (State Bar Number: 213210)
jcoleman@spencerfane.com
Elaisha Nandrajog (State Bar Number: 301798)
enandrajog@spencerfane.com
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Telephone:    408.286.5100
Facsimile:    408.286.5722

Attorneys for Defendants
IRIS WHITE, individually; FLORIN GARDENS COOPERATIVE EAST, INC.; JOSH BERKLEY, individually; and JON BERKLEY MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKUA FATIMA WARREN,<br><br>    Plaintiff,<br><br>    v.<br><br>FLORIN GARDENS COOPERATIVE EAST NO. 1, INC.; IRIS WHITE, individually; FRED GIBBS, individually; DENISE GILBERT, individually; KELLY LINARES, individually; JOSH BERKLEY, individually; ANTONIA GALE, individually; THE BOARD OF DIRECTORS AT FLORIN GARDENS individually and collectively; THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT JORDAN MANAGEMENT; FK GIBBS MANAGEMENT; JON BERKLEY MANAGEMENT; and DOES 1-50, inclusive.<br><br>    Defendants. | Case No. 2:25-cv-2427-JDP<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint filed: 8/25/25 |

- 1 -
STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER         CASE NO: 2:25-CV-02427-JDP
SJ 2400698.1

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

1  Defendants IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC.
2  (erroneously sued as FLORIN GARDENS COOPERATIVE EAST NO. 1, INC.), THE BOARD
3  OF DIRECTORS AT FLORIN GARDENS,[1] JOSH BERKLEY, and JON BERKLEY
4  MANAGEMENT, INC. (erroneously sued as JON BERKLEY MANAGEMENT) (hereinafter,
5  "Defendants") and Plaintiff AKUA FATIMA WARREN ("Plaintiff") (collectively, the "Parties"),
6  by and through their respective counsel, hereby agree and stipulate as follows:

**RECITALS**

WHEREAS Plaintiff filed her verified complaint in the above captioned action on August 25, 2025 ("Verified Complaint") (Dkt. No. 1);

WHEREAS, Defendant Forin Gardens Cooperative East, Inc. was served with the Verified Complaint on September 19, 2025, Defendant Iris White was served with the Verified Complaint on September 18, 2025, The Board of Directors at Florin Gardens was purportedly served with the Verified Complaint on September 18, 2025, and Defendants Josh Berkeley and Jon Berkley Management, Inc. were served with the Verified Complaint on September 15, 2025 (Dkt. Nos. 8, 11);

WHEREAS, Defendants' responsive pleadings were due respectively on October 10, 2025, October 9, 2025, and October 6, 2025 (Dkt. Nos. 8, 11, 12);

WHEREAS, Plaintiff's complaint is verified and as many as five responsive pleadings may be required on behalf of two entity defendants, two individual defendants, and a Board, as identified above (Dkt. No. 1);

WHEREAS, Defendants required additional time after they were served with the Verified Complaint to determine potential coverage for the alleged claims, following which they officially engaged undersigned counsel of record to defend them in this action;

WJEREAS, Defendants require additional time to review and analyze the Verified

---

[1] Spencer Fane LLP hereby makes this special appearance for the limited purpose of informing the Court that proper service has not been effected on The Board of Directors at Florin Gardens, and that to the extent any deadline to respond to the Verified Complaint exists with respect to The Board of Directors at Florin Gardens, that time be extended as set forth herein. (Dkt No. 12).

1 Complaint, service of same on the Defendants, submit FOIA requests regarding exhaustion of
2 administrative remedy efforts, review the unlawful detainer proceeding records to determine
3 whether res judicata and/or collateral estoppel applies to the claims against Defendants, and meet
4 and confer with Plaintiff's counsel regarding the above;

5       WHEREAS, undersigned counsel for Defendants' other case commitments and travel
6 schedule necessitates the need for the stipulated extension;

7       WHEREAS, in light of the above, Defendants require additional time to file responsive
8 pleadings to the Verified Complaint;

9       WHEREAS, the Parties previously stipulated to extend the deadlines for Defendants
10 Forin Gardens Cooperative East, Inc., Iris White, Josh Berkeley and Jon Berkley Management,
11 Inc. to file a responsive complaint through and including November 21, 2025, but subsequently
12 agreed—given undersigned defense counsel's additional special representation of The Board of
13 Directors at Florin Gardens—that the deadline for all five Defendants to respond to the Verified
14 Complaint will be extended through and including December 19, 2025 (Dkt. Nos. 13, 14);

15       WHEREAS, given that good cause exists, and pursuant to Local Rule 144(a), the Parties
16 have agreed to extend the deadline for Defendants to file a responsive pleading to the Verified
17 Complaint from October 6, 2025, October 9, 2025, and October 10, 2025 to December 19, 2025;
18 and

19       WHEREAS, the Parties believe that the above noted extension will not alter or otherwise
20 impact the date of any event or deadline in this case.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER     CASE NO: 2:25-CV-02427-JDP
SJ 2400698.1

# STIPULATION

Accordingly, it is hereby stipulated and agreed to between Plaintiff and Defendants that Defendants' deadline to file responsive pleadings to the Verified Complaint is extended through and including December 19, 2025.

IT IS SO STIPULATED.

Dated: November 14, 2025                          Spencer Fane LLP


By: */s/ Jennifer S. Coleman*
       Jennifer S. Coleman
       Elaisha Nandrajog

Attorneys for Defendants
IRIS WHITE, individually; FLORIN GARDENS COOPERATIVE EAST, INC.; JOSH BERKLEY, individually; and JON BERKLEY MANAGEMENT, INC.


Dated: November 14, 2025                          The Law Offices of James L. Arrasmith


By: */s/ James L. Arrasmith*
       James L. Arrasmith

Attorneys for Plaintiff
AKUA FATIMA WARREN

- 4 -
STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER          CASE NO: 2:25-CV-02427-JDP
SJ 2400698.1

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

**[PROPOSED] ORDER**

Having reviewed the above Stipulation, and good cause appearing, the Court orders as follows: The deadline for Defendants IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY and JON BERKLEY MANAGEMENT, INC. to file a responsive pleading to the Verified Complaint is extended through and including December 19, 2025.

IT IS SO ORDERED.

Dated:    November 26, 2025                    _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

- 5 -

STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER    CASE NO: 2:25-CV-02427-JDP
SJ 2400698.1

- 6 -

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER    CASE NO: 2:25-CV-02427-JDP

SJ 2400698.1