**SPENCER FANE LLP**
Jennifer S. Coleman (State Bar Number: 213210)
jcoleman@spencerfane.com
Elaisha Nandrajog (State Bar Number: 301798)
enandrajog@spencerfane.com
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Telephone:    408.286.5100
Facsimile:    408.286.5722

Attorneys for Defendants
IRIS WHITE, individually; FLORIN GARDENS COOPERATIVE EAST, INC.; JOSH BERKLEY, individually; and JON BERKLEY MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKUA FATIMA WARREN,<br><br>            Plaintiff,<br><br>     v.<br><br>FLORIN GARDENS COOPERATIVE EAST NO. 1, INC.; IRIS WHITE, individually; FRED GIBBS, individually; DENISE GILBERT, individually; KELLY LINARES, individually; JOSH BERKLEY, individually; ANTONIA GALE, individually; THE BOARD OF DIRECTORS AT FLORIN GARDENS individually and collectively; THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT JORDAN MANAGEMENT; FK GIBBS MANAGEMENT; JON BERKLEY MANAGEMENT; and DOES 1-50, inclusive.<br><br>            Defendants. | Case No. 2:25-cv-02427-JDP<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint filed: 8/25/25 |

- 1 -
STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER    CASE NO: 2:25-CV-02427-JDP
SJ 2427103.2

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

Defendants IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC. (erroneously sued as FLORIN GARDENS COOPERATIVE EAST NO. 1, INC.), THE BOARD OF DIRECTORS AT FLORIN GARDENS,[1] JOSH BERKLEY, and JON BERKLEY MANAGEMENT, INC. (erroneously sued as JON BERKLEY MANAGEMENT) (hereinafter, "Defendants") and Plaintiff AKUA FATIMA WARREN ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

**RECITALS**

WHEREAS, Plaintiff filed her verified complaint in the above captioned action on August 25, 2025 ("Verified Complaint") (Dkt. No. 1);

WHEREAS, Defendant Forin Gardens Cooperative East, Inc. was served with the Verified Complaint on September 19, 2025, Defendant Iris White was served with the Verified Complaint on September 18, 2025, The Board of Directors at Florin Gardens was purportedly served with the Verified Complaint on September 18, 2025, and Defendants Josh Berkeley and Jon Berkley Management, Inc. were served with the Verified Complaint on September 15, 2025 (Dkt. Nos. 8, 11);

WHEREAS, Defendants' responsive pleadings were due respectively on October 10, 2025, October 9, 2025, and October 6, 2025 (Dkt. Nos. 8, 11, 12);

WHEREAS, Plaintiff's complaint is verified and as many as five responsive pleadings may be required on behalf of two entity defendants, two individual defendants, and a Board, as identified above (Dkt. No. 1);

WHEREAS, Defendants required additional time after they were served with the Verified Complaint to determine potential coverage for the alleged claims, following which they officially engaged undersigned counsel of record to defend them in this action;

WHEREAS, the Parties required additional time to meet and confer regarding the Verified

---

[1] Spencer Fane LLP hereby makes this special appearance for the limited purpose of informing the Court that proper service has not been effected on The Board of Directors at Florin Gardens, and that to the extent any deadline to respond to the Verified Complaint exists with respect to The Board of Directors at Florin Gardens, that time be extended as set forth herein. (Dkt No. 12).

- 2 -

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER      CASE NO: 2:25-CV-02427-JDP
SJ 2427103.2

1  Complaint and alleged deficiencies contained therein, service of same on the Defendants,
2  evaluation of exhaustion of administrative remedy efforts, evaluation of the unlawful detainer
3  proceeding to determine whether res judicata and/or collateral estoppel applies to the claims
4  against Defendants, and further meet and confer regarding the above;
5      WHEREAS, the Parties' other case commitments and travel schedules for the Holidays
6  also necessitates the need for the stipulated extension;
7      WHEREAS, in light of the above, Defendants require additional time to file responsive
8  pleadings to the Verified Complaint;
9      WHEREAS, the Parties previously stipulated to extend the deadlines for Defendants
10 Forin Gardens Cooperative East, Inc., Iris White, Josh Berkeley and Jon Berkley Management,
11 Inc. to file a responsive complaint through and including November 21, 2025, but subsequently
12 agreed—given undersigned defense counsel's additional special representation of The Board of
13 Directors at Florin Gardens—that the deadline for all five Defendants to respond to the Verified
14 Complaint be extended through and including December 19, 2025 (Dkt. Nos. 13, 14, 16, 19);
15     WHEREAS, Plaintiff and Defendants' counsel met and conferred on December 10, 2025
16 regarding the alleged deficiencies in the Verified Complaint;
17     WHEREAS, Plaintiff has agreed to dismiss The Board of Directors at Florin Gardens
18 from the above-referenced litigation, and correct any service issues with respect to the Defendants
19 as they relate to the Verified Complaint;
20     WHEREAS, Plaintiff and Defendants need additional time to meet and confer regarding
21 issues relating to whether: i) Plaintiff has exhausted all administrative remedies prior to the filing
22 of the Verified Complaint; and ii) Plaintiff's claims in the Verified Complaint are barred by res
23 judicata and/or collateral estoppel based on the judgment entered in the unlawful detainer action
24 filed by Plaintiff;
25     WHEREAS, given that good cause exists, and pursuant to Local Rule 144(a), the Parties
26 have agreed to extend the deadline for Defendants to file a responsive pleading to the Verified
27 Complaint from December 19, 2025 to January 23, 2026; and
28

- 3 -

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER     CASE NO: 2:25-CV-02427-JDP
SJ 2427103.2

WHEREAS, the Parties believe that the above noted extension will not alter or otherwise impact the date of any event or deadline in this case.

**STIPULATION**

Accordingly, it is hereby stipulated and agreed to between Plaintiff and Defendants that Defendants' deadline to file responsive pleadings to the Verified Complaint is extended through and including January 23, 2026.

IT IS SO STIPULATED.

Dated: December 16, 2025          Spencer Fane LLP


By: */s/ Jennifer S. Coleman*
      Jennifer S. Coleman
      Elaisha Nandrajog

Attorneys for Defendants
IRIS WHITE, individually; FLORIN GARDENS COOPERATIVE EAST, INC.; JOSH BERKLEY, individually; and JON BERKLEY MANAGEMENT, INC.


Dated: December 16, 2025          The Law Offices of James L. Arrasmith


By: */s/ Tommy Hogan*
      Tommy Hogan

Attorneys for Plaintiff
AKUA FATIMA WARREN

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

- 4 -
STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER          CASE NO: 2:25-CV-02427-JDP
SJ 2427103.2

**[PROPOSED] ORDER**

Having reviewed the above Stipulation, and good cause appearing, the Court orders as follows: The deadline for Defendants IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY and JON BERKLEY MANAGEMENT, INC. to file a responsive pleading to the Verified Complaint is extended through and including January 23, 2026.

IT IS SO ORDERED.

Dated:   December 22, 2025                    _____
                                                                                   JEREMY D. PETERSON
                                                                                    UNITED STATES MAGISTRATE JUDGE

- 5 -

SPENCER FANE LLP
ATTORNEYS AT LAW
SAN JOSE

STIPULATION EXTENDING TIME FOR DEFENDANTS IRIS WHITE, FLORIN GARDENS COOPERATIVE EAST, INC., THE BOARD OF DIRECTORS AT FLORIN GARDENS, JOSH BERKLEY AND JON BERKLEY MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER    CASE NO: 2:25-CV-02427-JDP
SJ 2427103.2