ERIC GRANT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2741

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKUA FATIMA WARREN<br><br>Plaintiff,<br><br>vs.<br><br>FLORIN GARDENS COOPERATIVE EAST NO. 1, INC., et al.,<br><br>Defendants. | CASE NO. 2:25-cv-02427-JAM-JDP<br><br>**STIPULATION AND ORDER FOR TWO WEEK EXTENSION OF TIME FOR THE UNITED STATES TO MOVE TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The parties, through counsel, hereby stipulate to a two week extension of the United States' deadline to move to dismiss Plaintiff's First Amended Complaint [ECF 42] from July 28, 2026 [ECF 47] until August 11, 2026. Good cause exists to grant this extension of time because Plaintiff recently assigned a new attorney to primarily litigate this case and he needs an opportunity to file a formal notice of appearance in this case and get up to speed on the file. The parties conducted the requisite meet and confer requirement about the United States' motion to dismiss and counsel wants additional time to consider those arguments before they are filed with the Court. The United States is agreeable to postponing the filing of its motion by two weeks so that counsel has an opportunity to formally appear in this case, review the file, consider the United States' argument, and further meet and confer about these issues. Hopefully this additional time will allow the parties to narrow or resolve these issues. Additionally, the Court has not yet set a scheduling conference for this case nor issued a scheduling order.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 24, 2026

The Law Offices of James L. Arrasmith

By: */s/ James L. Arrasmith (as auth.)*
JAMES L. ARRASMITH

Counsel for Plaintiff

DATED: July 24, 2026

ERIC GRANT
United States Attorney

By: */s/ Kelli L. Taylor*
KELLI L. TAYLOR
Assistant United States Attorney

Counsel for the United States

**ORDER**

The Court, having reviewed the parties' stipulation and finding that good cause exists, hereby **GRANTS** the parties' stipulation for a two week extension of the United States' deadline to move to dismiss Plaintiff's First Amended Complaint (ECF No. 42) from July 28, 2026 until **August 11, 2026**.

**IT IS SO ORDERED**.

Dated: July 24, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE